UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:23CR00009-DPM |
| | ) | |
| HALLYE ELIZABETH TURNER | ) | |

### MOTION TO REVOKE

The United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Jana Harris, Assistant U.S. Attorney for said district, respectfully moves to revoke the pretrial release of Hallye Elizabeth Turner for violations of her conditions of pretrial release.

Hallye Elizabeth Turner was indicted on January 3, 2023. She appeared on a summons for plea and arraignment on January 12, 2023, and was released on conditions. These conditions included drug testing and in-patient drug treatment. Turner submitted a drug screen on January 17, 2023, and she was presumptively positive for methamphetamine. Turner signed an admission form and admitted that she had used methamphetamine on January 16, 2023. She also told probation she was staying at a motel when she was supposed to be living with her mother and stepfather and caring for her six-week old child. This conduct comes just mere days after Turner's court appearance.

WHEREFORE, pursuant to Title 18, U.S.C. § 3148(b), the United States respectfully requests that a summons be issued for the defendant, that a revocation hearing be held, and that the defendant's bond be revoked or otherwise modified to ensure that she does not pose a danger to others or herself.

        Respectfully submitted,

        JONATHAN D. ROSS
        United States Attorney

        BY:  JANA HARRIS (88021)
        Assistant United States Attorney
        P. O. Box 1229
        Little Rock, Arkansas  72203
        501-340-2600
        jana.harris@usdoj.gov